# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

KIPPHAKA PRASITH, *et al.*,  )
             Plaintiff,  )   Case No.  2:12-cv-00512-JCM-CWH
vs.  )   **ORDER**
WESTERN UNITED INSURANCE,  )
             Defendant.  )

      This matter is before the Court on Defendant's Motion to Strike Paragraph VI of Plaintiffs' Amended Complaint (#4), filed April 3, 2012.  To date, no party has responded to this motion and the time for opposition has now passed.  Local Rule ("LR") 7-2(d) states, in pertinent part, that "[t]he failure of an opposing party to file points and authorities in response to any motion shall constitute a consent to the granting of the motion."  Accordingly,

      **IT IS HEREBY ORDERED** that Defendant's Motion to Strike Paragraph VI of Plaintiffs' Amended Complaint (#4) is **granted**.

      **IT IS FURTHER ORDERED** that Plaintiff's counsel shall initiate the Rule 26(f) meeting on or before **May 15, 2012**.  Pursuant to Local Rule 26-1(d), the parties shall submit a stipulated discovery plan and scheduling order on or before **May 29, 2012**.

      DATED this 2nd day of May, 2012.

                                                                           **C.W. Hoffman, Jr.**
                                                                        **United States Magistrate Judge**