1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

KIPPHAKA PRASITH, *et al.*,                        )
                                                   )
                    Plaintiff,                     )     Case No.  2:12-cv-00512-JCM-CWH
                                                   )
vs.                                                )     **ORDER**
                                                   )
WESTERN UNITED INSURANCE,                          )
                                                   )
                    Defendant.                     )
_____)

        This matter is before the Court on Defendant's Motion to Strike Paragraph VI of Plaintiffs'
Amended Complaint (#4), filed April 3, 2012.  To date, no party has responded to this motion and
the time for opposition has now passed.  Local Rule ("LR") 7-2(d) states, in pertinent part, that
"[t]he failure of an opposing party to file points and authorities in response to any motion shall
constitute a consent to the granting of the motion."   Accordingly,

        **IT IS HEREBY ORDERED** that Defendant's Motion to Strike Paragraph VI of Plaintiffs'
Amended Complaint (#4) is **granted**.

        **IT IS FURTHER ORDERED** that Plaintiff's counsel shall initiate the Rule 26(f) meeting
on or before **May 15, 2012**.  Pursuant to Local Rule 26-1(d), the parties shall submit a stipulated
discovery plan and scheduling order on or before **May 29, 2012**.

        DATED this 2nd day of May, 2012.

_____
**C.W. Hoffman, Jr.**
**United States Magistrate Judge**