1  NATHAN R. REINMILLER, ESQ.
   Nevada Bar No.: 006793
2  SABRINA G. MANSANAS, ESQ.
   Nevada Bar No.: 010669
3  ALVERSON, TAYLOR,
   MORTENSEN & SANDERS
4  7401 W. Charleston Boulevard
   Las Vegas, NV 89117
5  Tel: (702) 384-7000
   Fax: (702) 385-7000
6  Attorneys for Defendant
7

8              UNITED STATES DISTRICT COURT

9                   DISTRICT OF NEVADA

10                          **

11

12 KIPPHAKA PRASITH, an individual;        Case No.: 2:12-cv-00512-JCM-CWH
   ALOUN PHONSAVANH, an individual;
13 KHAMVERN PRASITH, an individual;

14              Plaintiff,

15 vs.

16 WESTERN UNITED INSURANCE, d/b/a AAA
   NEVADA INSURANCE COMPANY; DOES I
17 through X, inclusive; and ROE
   CORPORATIONS I through X, inclusive,
18

19              Defendants,

20  <u>STIPULATION AND ORDER FOR DISMISSAL WITHOUT PREJUDICE</u>

21      IT IS HEREBY STIPULATED AND AGREED between Plaintiffs, KIPPHAKA

22 PRASITH, ALOUN PHONSAVANH, and KHAMVERN PRASITH, by and through their

23 counsel of record, Ladah Law Firm, PLLC, and Defendant, WESTERN UNITED INSURANCE

24 COMPANY d/b/a AAA NEVADA INSURANCE COMPANY, through its counsel of record,

25 Ranalli & Zaniel & Alverson, Taylor, Mortensen & Sanders, as follows:

26

27

28

ALVERSON, TAYLOR, MORTENSEN & SANDERS
LAWYERS
7401 WEST CHARLESTON BOULEVARD
LAS VEGAS, NEVADA 89117-1401
(702) 384-7000

NRR-19838

IT IS HEREBY STIPULATED AND AGREED that Plaintiffs' contractual claims against Defendant will be submitted to binding arbitration. A separate agreement regarding the binding arbitration is being prepared and will be entered into by the parties.

IT IS HEREBY STIPULATED AND AGREED that Plaintiffs' extra-contractual claims against Defendant, including their claims for breach of the implied covenant of good faith and fair dealing, violation of the Unfair Claims Practices Act, and bad faith, are dismissed without prejudice, each party to bear their own costs and attorney's fees.

Dated this 14th of May, 2012.

LADAH LAW FIRM, PLLC.

RAMZY P. LADAH, ESQ.
Nevada Bar No. 11405
517 S. Third Street
Las Vegas, Nevada 89101
*Attorneys for Plaintiffs*

Dated this _____ of May, 2012.

RANALLI & ZANIEL

GEORGE RANALLI, ESQ.
Nevada Bar No. 005748
2400 W. Horizon Ridge Parkway
Henderson, NV 89052
*Co-Counsel for Defendant*
*Western United Insurance Company*

Dated this _____ of May, 2012.

ALVERSON, TAYLOR,
MORTENSEN & SANDERS

NATHAN R. REINMILLER, ESQ.
Nevada Bar No.: 006793
SABRINA G. MANSANAS, ESQ.
Nevada Bar No.: 010669
7401 W. Charleston Boulevard
Las Vegas, NV 89117
*Attorneys for Defendant*
*Western United Insurance Company*

ALVERSON, TAYLOR, MORTENSEN & SANDERS
LAWYERS
7401 WEST CHARLESTON BOULEVARD
LAS VEGAS, NEVADA 89117-1401
(702) 384-7000

NRR-19838

1    IT IS HEREBY STIPULATED AND AGREED that Plaintiffs' contractual claims against

2  Defendant will be submitted to binding arbitration.  A separate agreement regarding the binding

3  arbitration is being prepared and will be entered into by the parties.

4    IT IS HEREBY STIPULATED AND AGREED that Plaintiffs' extra-contractual claims

5  against Defendant, including their claims for breach of the implied covenant of good faith and

6  fair dealing, violation of the Unfair Claims Practices Act, and bad faith, are dismissed without

7  prejudice, each party to bear their own costs and attorney's fees.

9  Dated this _____ of May, 2012.        Dated this 15ᵗʰ of May, 2012.

10  LADAH LAW FIRM, PLLC.        ALVERSON, TAYLOR,
                                 MORTENSEN & SANDERS
11

12

13  _____        _____
    RAMZY P. LADAH, ESQ.         NATHAN R. REINMILLER, ESQ.
14  Nevada Bar No. 11405          Nevada Bar No.: 006793
    517 S. Third Street           SABRINA G. MANSANAS, ESQ.
15  Las Vegas, Nevada 89101       Nevada Bar No.: 010669
    *Attorneys for Plaintiffs*    7401 W. Charleston Boulevard
16                                Las Vegas, NV  89117
                                  *Attorneys for Defendant*
17                                *Western United Insurance Company*

18  Dated this 11ᵗʰ of May, 2012.

19  RANALLI & ZANIEL

20

21  _____ 3939
    GEORGE RANALLI, ESQ.
22  Nevada Bar No. 005748

23  2400 W. Horizon Ridge Parkway
    Henderson, NV 89052
24  *Co-Counsel for Defendant*
    *Western United Insurance Company*
25

26

27

28

ALVERSON, TAYLOR, MORTENSEN & SANDERS
LAWYERS
7401 WEST CHARLESTON BOULEVARD
LAS VEGAS, NEVADA 89117-1401
(702) 384-7000

1

## ORDER

2     IT IS SO ORDERED that that this matter be dismissed without prejudice, each party to

3  bear their own costs and attorney's fees.

4     Dated this __18__ day of May, 2012.

5

6                            _James C. Mahan_

7                    UNITED STATES DISTRICT COURT JUDGE

8  Submitted by:

9  ALVERSON, TAYLOR, MORTENSEN

10  & SANDERS

11  NATHAN R. REINMILLER, ESQ.

12  Nevada Bar No.: 006793
     SABRINA G. MANSANAS, ESQ.

13  Nevada Bar No.: 010669
     7401 W. Charleston Boulevard

14  Las Vegas, NV  89117

15  Attorneys for Defendant

16

17

18

19

20

21

22

23

24

25

26

27

28

ALVERSON, TAYLOR, MORTENSEN & SANDERS
LAWYERS
7401 WEST CHARLESTON BOULEVARD
LAS VEGAS, NEVADA 89117-1401
(702) 384-7000

3

NRR-19838