NATHAN R. REINMILLER, ESQ.
Nevada Bar No.: 006793
SABRINA G. MANSANAS, ESQ.
Nevada Bar No.: 010669
ALVERSON, TAYLOR,
MORTENSEN & SANDERS
7401 W. Charleston Boulevard
Las Vegas, NV 89117
Tel: (702) 384-7000
Fax: (702) 385-7000
Attorneys for Defendant

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\*\*

KIPPHAKA PRASITH, an individual;
ALOUN PHONSAVANH, an individual;
KHAMVERN PRASITH, an individual;

Plaintiff,

vs.

WESTERN UNITED INSURANCE, d/b/a AAA NEVADA INSURANCE COMPANY; DOES I through X, inclusive; and ROE CORPORATIONS I through X, inclusive,

Defendants.

Case No.: 2:12-cv-00512-JCM-CWH

## STIPULATION AND ORDER FOR DISMISSAL WITHOUT PREJUDICE

IT IS HEREBY STIPULATED AND AGREED between Plaintiffs, KIPPHAKA PRASITH, ALOUN PHONSAVANH, and KHAMVERN PRASITH, by and through their counsel of record, Ladah Law Firm, PLLC, and Defendant, WESTERN UNITED INSURANCE COMPANY d/b/a AAA NEVADA INSURANCE COMPANY, through its counsel of record, Ranalli & Zaniel & Alverson, Taylor, Mortensen & Sanders, as follows:

1

NRR-19838

1  IT IS HEREBY STIPULATED AND AGREED that Plaintiffs' contractual claims against Defendant will be submitted to binding arbitration. A separate agreement regarding the binding arbitration is being prepared and will be entered into by the parties.

IT IS HEREBY STIPULATED AND AGREED that Plaintiffs' extra-contractual claims against Defendant, including their claims for breach of the implied covenant of good faith and fair dealing, violation of the Unfair Claims Practices Act, and bad faith, are dismissed without prejudice, each party to bear their own costs and attorney's fees.

Dated this 14th of May, 2012.          Dated this _____ of May, 2012.

LADAH LAW FIRM, PLLC.               ALVERSON, TAYLOR,
                                     MORTENSEN & SANDERS

_____         _____
RAMZY P. LADAH, ESQ.                NATHAN R. REINMILLER, ESQ.
Nevada Bar No. 11405                Nevada Bar No.: 006793
517 S. Third Street                 SABRINA G. MANSANAS, ESQ.
Las Vegas, Nevada 89101             Nevada Bar No.: 010669
*Attorneys for Plaintiffs*          7401 W. Charleston Boulevard
                                    Las Vegas, NV 89117
                                    *Attorneys for Defendant*
                                    *Western United Insurance Company*

Dated this _____ of May, 2012.

RANALLI & ZANIEL


_____
GEORGE RANALLI, ESQ.
Nevada Bar No. 005748
2400 W. Horizon Ridge Parkway
Henderson, NV 89052
*Co-Counsel for Defendant*
*Western United Insurance Company*

NRR-19838

IT IS HEREBY STIPULATED AND AGREED that Plaintiffs' contractual claims against Defendant will be submitted to binding arbitration. A separate agreement regarding the binding arbitration is being prepared and will be entered into by the parties.

IT IS HEREBY STIPULATED AND AGREED that Plaintiffs' extra-contractual claims against Defendant, including their claims for breach of the implied covenant of good faith and fair dealing, violation of the Unfair Claims Practices Act, and bad faith, are dismissed without prejudice, each party to bear their own costs and attorney's fees.

Dated this _____ of May, 2012.

LADAH LAW FIRM, PLLC.

RAMZY P. LADAH, ESQ.
Nevada Bar No. 11405
517 S. Third Street
Las Vegas, Nevada 89101
*Attorneys for Plaintiffs*

Dated this 11th of May, 2012.

RANALLI & ZANIEL

GEORGE RANALLI, ESQ.
Nevada Bar No. 005748
2400 W. Horizon Ridge Parkway
Henderson, NV 89052
*Co-Counsel for Defendant*
*Western United Insurance Company*

Dated this 15th of May, 2012.

ALVERSON, TAYLOR,
MORTENSEN & SANDERS

NATHAN R. REINMILLER, ESQ.
Nevada Bar No.: 006793
SABRINA G. MANSANAS, ESQ.
Nevada Bar No.: 010669
7401 W. Charleston Boulevard
Las Vegas, NV 89117
*Attorneys for Defendant*
*Western United Insurance Company*

NRR-19838

# ORDER

IT IS SO ORDERED that that this matter be dismissed without prejudice, each party to bear their own costs and attorney's fees.

Dated this __18__ day of May, 2012.

_____
UNITED STATES DISTRICT COURT JUDGE

Submitted by:

ALVERSON, TAYLOR, MORTENSEN
& SANDERS

_____
NATHAN R. REINMILLER, ESQ.
Nevada Bar No.: 005793
SABRINA G. MANSANAS, ESQ.
Nevada Bar No.: 010669
7401 W. Charleston Boulevard
Las Vegas, NV 89117
Attorneys for Defendant

NRR-19838